FILED

NOV - 3 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **CRIMINAL NO.** 26-CR-40053-JPG |
| **AUSTIN L. KNOOB,** | ) | **Title 18, United States Code** |
| | ) | **Section 2251(a) and (e),** |
| **Defendant.** | ) | **Section 2252(a)(1) and (b)(1),** |
| | ) | **Section 2252A(a)(2) and (b),** |
| | ) | **Section 2252A(a)(3)(B)(ii) and (b),** |
| | ) | **Section 2242(b), and** |
| | ) | **Section 2423(b).** |

## FIRST SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
**ATTEMPTED SEXUAL EXPLOITATION OF A CHILD**

On or about August 12, 2025, in Jackson County, within the Southern District of Illinois, and elsewhere, the defendant,

**AUSTIN L. KNOOB,**

did attempt to employ, use, persuade, induce, entice, and coerce Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which depicted Minor Victim 1 engaging in an act of sexually explicit conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, including by computer, in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT 2
**SOLICITATION OF CHILD PORNOGRAPHY**

On or about August 12, 2025, in Jackson County, within the Southern District of Illinois, and elsewhere, the defendant,

**AUSTIN L. KNOOB,**

using a facility and means of interstate and foreign commerce, that is the internet and a cellular phone, did knowingly solicit material, being digital images and videos, in a manner that reflected the belief that the

material contained a visual depiction of an actual minor engaging in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(3)(B)(ii) and (b).

**COUNT 3**
**RECEIPT OF CHILD PORNOGRAPHY**

On or about April 9, 2026, in Jackson County, within the Southern District of Illinois, and elsewhere, the defendant,

**AUSTIN L. KNOOB,**

did knowingly receive any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), being a digital video which depicted Minor Victim 1 engaging in an act of sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

**COUNT 4**
**COERCION AND ENTICEMENT OF A MINOR**

On or about February 28, 2026, through and including August 16, 2026, in Jackson County and Williamson County, within the Southern District of Illinois, and elsewhere, the defendant,

**AUSTIN L. KNOOB,**

did use a facility and means of interstate and foreign commerce, being the internet and a cellular phone, to knowingly persuade, induce, entice, and coerce Minor Victim 2, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Aggravated Criminal Sexual Abuse in violation of Chapter 720, Illinois Compiled Statutes, Section 5/11-1.60(d), in violation of Title 18, United States Code, Section 2422(b).

**COUNT 5**
**ATTEMPTED SEXUAL EXPLOITATION OF A CHILD**

On or about August 11, 2026, in Jackson County and Williamson County, within the Southern District of Illinois, and elsewhere, the defendant,

**AUSTIN L. KNOOB,**

did attempt to employ, use, persuade, induce, entice, and coerce Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which depicted Minor Victim 2 engaging in an act of sexually explicit conduct, knowing and having reason to know that such

visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, including by computer, in violation of Title 18, United States Code, Sections 2251(a) and (e).

**COUNT 6**
**SEXUAL EXPLOITATION OF A CHILD**

On or about July 28, 2026, in Jackson County, within the Southern District of Illinois, and elsewhere, the defendant,

**AUSTIN L. KNOOB,**

did employ, use, persuade, induce, entice, and coerce Minor Victim 3, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which depicted Minor Victim 3 engaging in an act of sexually explicit conduct, knowing and having reason to know that such visual depiction had actually been transported and transmitted in and affecting interstate and foreign commerce by any means, in violation of Title 18, United States Code, Sections 2251(a) and (e).

**COUNT 7**
**INTERSTATE TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT**

On or about July 28, 2026, in Jackson County, within the Southern District of Illinois, the Southern District of Ohio, and elsewhere, the defendant,

**AUSTIN L. KNOOB,**

did travel in interstate commerce for the purpose of engaging in illicit sexual conduct with Minor Victim 3, as defined in Title 18, United States Code, Section 2423(g), being the production of child pornography as defined in Title 18, United States Code, Section 2256(8), in violation of Title 18, United States Code, Sections 2423(b).

**COUNT 8**
**TRANSPORTATION OF CHILD PORNOGRAPHY**

On or about July 28, 2026, in Jackson County, within the Southern District of Illinois, the Southern District of Ohio, and elsewhere, the defendant,

**AUSTIN L. KNOOB,**

did knowingly transport, using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, any visual depiction, the production of such visual depiction

involved the use of a minor engaging in sexually explicit conduct, and the visual depiction is of such conduct, being digital videos of Minor Victim 3 engaging in sexually explicit conduct, including but not limited to sexual intercourse, in violation of Title 18, United States Code, Sections 2252(a)(1) and (b)(1).

**COUNT 9**
**COERCION AND ENTICEMENT OF A MINOR**

From in or about January 2024, through and including August 9, 2026, in Jackson County, within the Southern District of Illinois, and elsewhere, the defendant,

**AUSTIN L. KNOOB,**

did use a facility and means of interstate and foreign commerce, being the internet and a cellular phone, to knowingly persuade, induce, entice, and coerce Minor Victim 4, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Aggravated Criminal Sexual Abuse in violation of Chapter 720, Illinois Compiled Statutes, Section 5/11-1.60(d), in violation of Title 18, United States Code, Section 2422(b).

**COUNT 10**
**RECEIPT OF CHILD PORNOGRAPHY**

On or about August 9, 2026, in Jackson County, within the Southern District of Illinois, and elsewhere, the defendant,

**AUSTIN L. KNOOB,**

did knowingly receive any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), being a digital image which depicted Minor Victim 4, an individual who had not attained the age of 18 years, engaging in an act of sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

Digitally signed by STEVEN WEINHOEFT
Date: 2026.11.01 14:03:18 -06'00'

STEVEN D. WEINHOEFT
United States Attorney

CASEY E. A. BLOODWORTH
Assistant United States Attorney

[redacted]